Alan Dexter Bowman, Esq.
1 Gateway Center Suite 2600
Newark, New Jersey 07102
Office:(973)622-2225
Fax:(973)553-0400
alanbowman.lawoffice@gmail.com
Attorney ID. 011491976

_____
                                       : United States District Court
United States of America   : District Of New Jersey
                                       : Case No. 2:21-mj-10433-MAH
      Plaintiff                    :
                                       : **CRIMINAL MATTER**
      v.                            : Consent Order
                                       :
Julian Giraud                   :
                                       :
      Defendant               :
_____:

To: AUSA Rachelle M. Navarro
Assistant United States Attorney
District of New Jersey
Newark, New Jersey 07102

Clerk, United States District Court
District Court of New Jersey
50 Walnut Street #405
Newark, New Jersey 07102

   This matter having been opened to the Court the Honorable Michael Hammer, U.S.D.J., presiding, for an order removing defendant's condition of home detention enforced by location monitoring, and the United States and defendant having agreed, it is on this 28th day of

June 2024 ordered that defendant is removed from electronic monitoring.

_____
Honorable Michael Hammer, U.S.D.J.


Consented To:

_____
Alan Dexter Bowman, Esq.


_____
AUSA Rachelle Navarro